# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REGINALD STEWMAN

NO. 2022 KW 0808

**AUGUST 12, 2022**

---

In Re:     Reginald Stewman, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. DC-21-01529.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                          **MRT**
                          **WRC**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT